UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob Haring,<br><br>   Plaintiff,<br><br>v.<br><br>Pindernation Holdings LLC, et al.,<br><br>   Defendants. | No. 2:23-cv-00087-SRB<br><br>DEFAULT JUDGMENT |

Plaintiff, Jacob Haring ("Plaintiff"), requested a default judgment against Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) (collectively, "Defendants").  The Clerk of the Court entered the Defendants' default pursuant to Fed. R. Civ. P. 55(a).  The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's request is well-founded and should be granted.

IT IS THEREFORE ORDERED that Plaintiff is awarded judgment against the Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder), as follows:

   A. For trebled award of Plaintiff's unpaid wages of $920 in the amount of $2,760 for which Defendant Pindernation Holdings LLC shall be liable;

-1-

B. Of that $2,760, for both Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) to be jointly and severally liable for the amount of $1,536 in unpaid, trebled minimum wages;

C. For unpaid overtime in the amount of $276 for which both Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) shall be jointly and severally liable;

D. For liquidated damages on his unpaid overtime in the amount of an additional $276 for which both Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) shall be jointly and severally liable;

E. For Plaintiff's attorneys' fees and costs, a motion for attorneys' fees and costs will be filed pursuant to LRCiv 54.2;

F. For post judgment interest on the above amounts at a rate of 5.12% per annum;

G. For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment.

Dated this 17th day of March, 2023.

Susan R. Bolton
United States District Judge